(112 So. 186)

Robert CLECKLER v. STATE. (5 Div. 973.)

Supreme Court of Alabama. April 7, 1927.

Certiorari to Court of Appeals.

Omar L. Reynolds, of Clanton, for petitioner. Charlie C. McCall, Atty. Gen., for the State.

PER CURIAM. Petition of Robert Cleckler for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Cleckler v. State, 112 So. 185.

Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and BOULDIN, JJ., concur.